STEVI BROOKS, Respondent, v HARLEY I. LEWIN, ESQ., et al., Defendants. CURTIS & ASSOCIATES, P.C., Nonparty Appellant.

Submitted September 2, 2008; decided October 28, 2008

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying reargument, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of RICHARD J. CONDON, as Special Commissioner of Investigation for the New York City School District, Respondent, v THE INTER-RELIGIOUS FOUNDATION FOR COMMUNITY ORGANIZATION, INC., Appellant.

In the Matter of RICHARD J. CONDON, as Special Commissioner of Investigation for the New York City School District, Respondent, v LUCIUS WALKER, JR., Appellant.

Submitted August 18, 2008; decided October 28, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for a stay dismissed as academic.

ALBINA EMANVILOVA et al., Appellants, v JOSEPH PALLOTTA et al., Respondents.

In the Matter of AMERICAN TRANSIT INSURANCE COMPANY, Respondent, v ALBINA EMANVILOVA et al., Appellants, and IGOR LOKTEV, Respondent, and ALLSTATE INSURANCE CO., Proposed Respondent. (And Another Proceeding.)

Submitted September 2, 2008; decided October 28, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution.